IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY OGLES, by and through his attorney-in-fact Neal Ogles, <br><br> Plaintiff, <br><br> v. <br><br> KROGER LIMITED PARTNERSHIP I, <br><br> Defendant. | No. 3:14-cv-01317 <br><br> Judge Nixon <br> Magistrate Judge Knowles <br><br> JURY DEMAND |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the 23rd day of July, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT